**Opinion filed September 4, 2014**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00018-CV

_____

## C&G SPORTING GOODS, LLC, Appellant

## V.

## TEXAS WORKFORCE COMMISSION AND JAMES BROWN, Appellees

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CV31895**

### M E M O R A N D U M   O P I N I O N

Appellant, C&G Sporting Goods, LLC, has filed in this court an unopposed motion for voluntary dismissal. Appellant states in the motion that it "seeks voluntary dismissal of the appeal in this action because all parties have fully compromised and settled all issues in dispute. This appeal is therefore moot." Appellant requests that this court dismiss the appeal with prejudice. Appellant also

advises this court that Appellant contacted counsel for the Texas Workforce Commission and counsel for James Brown and that neither opposes the motion to dismiss. Therefore, in accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.


PER CURIAM


September 4, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.